REEVES v. SCULLY.

Rules of practice regulating the mode of applying for re-taxation of costs, and for setting aside the taxation for irregularity.

THE CHANCELLOR. Where a party applies for a re-taxation of costs, he must bring the question before the Court by petition or motion, specifying the items objected to as erroneously allowed by the taxing master. Or if there was irregularity in the taxation,—as the want of notice, or the like,—he must make a motion to have the taxation set aside on that account.